

AUSA Jennifer Chang (312) 469-6151

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BERZAYN TORRES | Case No.: 22-cr-00680<br>HEATHER K. MCSHAIN<br>Magistrate Judge |

### AFFIDAVIT IN REMOVAL PROCEEDING

I, KELIN ALTHOFF, telephonically appearing before United States Magistrate Judge HEATHER K. MCSHAIN and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that BERZAYN TORRES has been charged by Indictment in the Middle District of Tennessee with the following criminal offenses: conspiracy to engage in: (A) the business of dealing in firearms without a license and in the course of such business, to ship and transport any firearm in interstate commerce, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 371; (B) willfully transporting firearms into another state or receiving firearms that the defendant knows were purchased or otherwise obtained outside that state, in violation of Title 18, United States Code, Sections 922(a)(3) and 371; (C) knowingly make false or fictitious written statements to Federal Firearms Licensees in which the statement was intended to deceive the FFL as to a fact material to the lawfulness of the sale and acquisition of said fierarm, in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 371, and trafficking in fiearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

A copy of the Indictment is attached. A copy of the arrest warrant also is

attached.

*Kelin Althoff*
_____
KELIN ALTHOFF
Task Force Officer
Bureau of Alcohol, Tobacco,
Firearms, & Explosives

SUBSCRIBED AND SWORN to before me telephonically this 28th day of December, 2022.

*Heather K. McShain*
_____
HEATHER K. MCSHAIN
United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

United States of America
v.

BERZAYN TORRES

*Defendant*

Case No. 3:22-00396 Judge Richardson

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* BERZAYN TORRES,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 Conspiracy to Commit Title 18 Offenses

18 U.S.C. § 922(a)(1)(A) Engaging in the Business Without a License (Firearms)

Date: 12/12/2022

*Issuing officer's signature*

City and state: Nashville, TN

Dalaina Thompson, Case Administrator
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

**SEALED**
**ORIGINAL HELD BY**
**U.S. MARSHALS**
**MIDDLE DISTRICT OF TENNESSEE**
**NOT AUTHORIZED TO EXECUTE**

*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

DEC 12 2022

| UNITED STATES OF AMERICA | ) | UNDER SEAL |
| | ) | NO. 3:22-00396 |
| v. | ) | |
| | ) | |
| ▓▓▓▓▓▓▓▓▓▓▓ | ) | 18 U.S.C. § 371 |
| | ) | 18 U.S.C. § 922(a)(1)(A) |
| | ) | 18 U.S.C. § 922(a)(3) |
| | ) | 18 U.S.C. § 922(a)(6) |
| [3] BERZAYN TORRES | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924 |
| ▓▓▓▓▓▓▓▓▓▓▓ | ) | |

DEPUTY CLERK

# INDICTMENT

### COUNT ONE

(Conspiracy to Commit Offenses Against the United States—18 U.S.C. § 371)

THE GRAND JURY CHARGES:

### PURPOSE OF THE CONSPIRACY

1. Beginning not later than in or about May 2021, the exact date being unknown to the Grand Jury, and continuing through to the present, in the Middle District of Tennessee and elsewhere, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ [3] **BERZAYN TORRES**, and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ did knowingly combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to commit certain offenses against the United States, that is:

   A. To knowingly engage in the business of dealing in firearms without a license and in the course of such business, to ship and transport any firearm in interstate commerce, in violation of Title 18, United States Code, Section 922(a)(1)(A);

B. To willfully transport firearms into another state or receive firearms that the defendant knows were purchased or otherwise obtained outside that state, in violation of Title 18, United States Code, Section 922(a)(3); and

C. To knowingly make false or fictitious written statements to Federal Firearms Licensees ("FFLs") in which the statement was intended and likely to deceive the FFL as to a fact material to the lawfulness of the sale and acquisition of said firearm under Chapter 44 of Title 18, United States Code, namely that individuals would falsely represent on ATF Form 4473, the Firearms Transaction Record, that an individual was the transferee and buyer of said firearm, when in fact, the purchaser actually purchased said firearm for another person, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## MANNER AND MEANS

2. It was part of the conspiracy that ▇▇▇ **[3] BERZAYN TORRES,** ▇▇▇ and other individuals known and unknown to the Grand Jury, would coordinate the purchase of firearms within the Middle District of Tennessee by ▇▇▇ and others known and unknown to the Grand Jury.

3. It was further part of the conspiracy that ▇▇▇ would make false or fictitious written statements to FFLs in which the statement was intended and likely to deceive the FFL as to a fact material to the lawfulness of the sale and acquisition of said firearm under Chapter 44 of Title 18, United States Code, namely that ▇▇▇ would falsely represent on ATF Form 4473, the Firearms Transaction Record, that she was the transferee and buyer of said firearm, when in fact, ▇▇▇ **[3] BERZAYN TORRES,** ▇▇▇

2

▆▆▆▆▆▆▆▆▆▆ and other individuals known and unknown to the Grand Jury were the actual purchasers of those firearms.

4. ▆▆▆▆▆▆ **[3] BERZAYN TORRES,** ▆▆▆▆▆▆ and other individuals known and unknown to the Grand Jury, would send funds to ▆▆▆▆▆▆ using Cash App, a mobile payment and money transfer company based in the United States with headquarters in San Francisco, California.

5. It was further part of the conspiracy that after purchasing the firearms, ▆▆▆▆▆▆ would transfer the firearms to ▆▆▆▆▆▆ who would facilitate the transport of these firearms to **[3] BERZAYN TORRES,** ▆▆▆▆▆▆ and other individuals known and unknown to the Grand Jury within and outside of the Middle District of Tennessee.

6. It was further part of the conspiracy that **[3] BERZAYN TORRES,** ▆▆▆▆▆▆ and other individuals known and unknown to the Grand Jury outside of the Middle District of Tennessee would receive the firearms purchased by ▆▆▆▆▆▆

## OVERT ACTS

7. In furtherance of the conspiracy, and to accomplish its object and purpose, at least one co-conspirator committed and caused to be committed, in the Middle District of Tennessee and elsewhere, at least one of the following overt acts, among others:

    A. On or about May 5, 2021, ▆▆▆▆▆▆ sent two payments of United States currency to ▆▆▆▆▆▆ totaling $973 via Cash App to enable her to purchase two firearms from Dickson Sportsman Store Inc., which is located in the Middle District of Tennessee;

    B. On or about May 5, 2021, ▆▆▆▆▆▆ purchased one (1) Glock 17 9mm pistol, bearing serial number BPFN255, and one (1) Taurus G2C 9mm pistol,

3

bearing serial number 1C033199 from Dickson Sportsman Store Inc.;

    C.    On or about May 5, 2021, ▮▮▮▮▮ attested on an ATF Form 4473 at Dickson Sportsman Store Inc. that she was "the actual transferee/buyer of the firearm(s) listed on this form" which were the two firearms she purchased on behalf of ▮▮▮▮▮ ▮▮▮▮▮ from Dickson Sportsman Store Inc.;

    D.    On or about May 5, 2021, ▮▮▮▮▮ transferred possession of one (1) Glock 17, 9mm pistol, bearing serial number BPFN255, and one (1) Taurus G2C, 9mm pistol, bearing serial number 1C033199 to ▮▮▮▮▮;

    E.    On or about May 8, 2021, ▮▮▮▮▮ contacted **[3] BERZAYN TORRES** and ▮▮▮▮▮ to coordinate the straw purchase of two firearms on their behalf;

    F.    On or about May 8, 2021, **[3] BERZAYN TORRES** and ▮▮▮▮▮ sent four payments of United States currency to ▮▮▮▮▮ totaling $536 via Cash App to enable her to purchase two firearms from Dickson Sportsman Store Inc., which is located in the Middle District of Tennessee;

    G.    On or about May 8, 2021, ▮▮▮▮▮ purchased one (1) Kahr Arms P9, 9mm pistol, bearing serial number G003120 and one (1) Tisas Zigana, 9mm pistol, bearing serial number T0620-21BM15480 from Charlotte Gun & Pawn, which is located in the Middle District of Tennessee;

    H.    On or about May 8, 2021, ▮▮▮▮▮ attested on an ATF Form 4473 at Charlotte Gun & Pawn that she was "the actual transferee/buyer of the firearm(s) listed on this form" which were the two firearms she purchased on behalf of ▮▮▮▮▮ **[3] BERZAYN TORRES,** and ▮▮▮▮▮ from Charlotte Gun & Pawn;

4

I. On or about May 8, 2021, ▮▮▮▮▮ transferred possession of one (1) Kahr Arms P9, 9mm pistol, bearing serial number G003120 and one (1) Tisas Zigana, 9mm pistol, bearing serial number T0620-21BM15480 to ▮▮▮▮▮

J. Sometime after May 8, 2021, ▮▮▮▮▮ coordinated the delivery of one (1) Kahr Arms P9, 9mm pistol, bearing serial number G003120 and one (1) Tisas Zigana, 9mm pistol, bearing serial number T0620-21BM15480, to individuals outside of the state of Tennessee.

All in violation of Title 18, United States Code, Section 371.

### COUNT TWO

(Trafficking in Firearms—18 U.S.C. § 922(a)(1)(A))

THE GRAND JURY FURTHER CHARGES:

8. Beginning not later than in or about May 2021, the exact date being unknown to the Grand Jury, and continuing through to the present, in the Middle District of Tennessee and elsewhere, ▮▮▮▮▮ [3] BERZAYN TORRES, and ▮▮▮▮▮, and other individuals known and unknown to the Grand Jury, not being a licensed dealer, importer, or manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(2).

All in violation of Title 18, United States Code, Section 924(o).

## COUNT THREE

(Materially False Statement to an FFL in Connection
with a Firearms Purchase —18 U.S.C. § 922(a)(6) and 924(a)(2))

THE GRAND JURY CHARGES:

On or about May 5, 2021, in the Middle District of Tennessee, ▮▮▮▮▮▮▮▮, in connection with the acquisition of a firearm, to wit, a Glock 17, 9mm pistol, bearing serial number BPFN255, and a Taurus G2C, 9mm pistol, bearing serial number 1C033199, from Dickson Sportsman Store Inc., a FFL licensed under Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious written statement to Dickson Sportsman Store Inc., which statement was intended and likely to deceive Dickson Sportsman Store Inc., as to a fact material to the lawfulness of the sale and acquisition of said firearm to ▮▮▮▮▮▮ under Chapter 44 of Title 18, United States Code, in that ▮▮▮▮▮▮ falsely represented on ATF Form 4473, the Firearms Transaction Record, that ▮▮▮▮▮▮ was the transferee and buyer of said firearm, when in fact, ▮▮▮▮▮▮ purchased said firearm for another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FOUR

(Materially False Statement to an FFL in Connection
with a Firearms Purchase —18 U.S.C. § 922(a)(6) and 924(a)(2))

THE GRAND JURY CHARGES:

On or about May 8, 2021, in the Middle District of Tennessee, ▮▮▮▮▮▮▮▮, in connection with the acquisition of a firearm, to wit, a Kahr Arms P9, 9mm pistol, bearing serial number G003120 and a Tisas Zigana, 9mm pistol, bearing serial number T0620-21BM15480, from Charlotte Gun & Pawn, a FFL licensed under Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious written statement to Charlotte Gun & Pawn, which statement was intended and likely to deceive Charlotte Gun & Pawn, as to a fact material to the lawfulness of the sale and acquisition of said firearm to ▮▮▮▮▮▮ under Chapter 44 of Title 18, United States Code, in

6

that ▮ falsely represented on ATF Form 4473, the Firearms Transaction Record, that ▮ was the transferee and buyer of said firearm, when in fact, ▮ purchased said firearm for another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of any one of the Counts of the Indictment, ▮ ▮ [3] BERZAYN TORRES, and ▮ shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in a knowing violation of a Title 18 offense as alleged in this Indictment.

A TRUE BILL

▮

FOREPERSON

MARK H. WILDASIN
UNITED STATES ATTORNEY

*/s/ Joshua A. Kurtzman*
JOSHUA A. KURTZMAN
ASSISTANT UNITED STATES ATTORNEY

7