# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BERZAYN TORRES, <br><br> Defendant. | No. 22-cr-00680 <br><br> Magistrate Judge McShain |

## ORDER

Initial appearance and removal proceedings held on 12/28/2022. Defendant appears in response to arrest in this District on 12/28/2022. The Court finds defendant is unable to afford counsel. Enter order appointing Erin DeGrand of the Federal Defender Program as counsel for Defendant. Defendant informed of the charges against him as well as of the possible sentence/fine if convicted of those charges. Defendant waives his right to an identity hearing. The Court finds that Defendant is the individual named in the Indictment filed in the United States District Court for the Middle District of Tennessee. Government and Defendant agree on certain conditions of release. Enter Order Setting Conditions of Release. Pursuant to Federal Rule of Criminal Procedure 5(f), the court orally admonished the parties, confirmed the Government's obligation to disclose favorable evidence to the accused under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and ordered it to do so. Defendant shall be released after processing. Defendant shall appear on his own accord to answer the pending charges in the United States District Court for the Middle District of Tennessee, as directed. All pending matters in this case in the Northern District of Illinois are hereby terminated.

T:00:23

_____
**HEATHER K. McSHAIN**
**United States Magistrate Judge**

**DATE: December 28, 2022**