# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: US v. Berzayn Torres

Case Number: 22CR680

An appearance is hereby filed by the undersigned as attorney for:

Berzayn Torres

Attorney name (type or print): Erin Kies DeGrand

Firm: Federal Defender Program

Street address: 55 E. Monroe Street, Suite 2800

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6323802
(See item 3 in instructions)

Telephone Number: (312) 621-2026

Email Address: erin_degrand@fd.org

FILED
DEC 28 2022
MAGISTRATE JUDGE HEATHER K. MCSHAIN
UNITED STATES DISTRICT COURT

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ✓ Yes |
| Are you acting as local counsel in this case? | ✓ No |
| Are you a member of the court's trial bar? | ✓ No |
| If this case reaches trial, will you act as the trial attorney? | ✓ Yes |

If this is a criminal case, check your status.
- [ ] Retained Counsel
- [✓] Appointed Counsel
  If appointed counsel, are you
  - [✓] Federal Defender
  - [ ] CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/28/2022

Attorney signature: S/ [signature]
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015